UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

   v.

DEMETRIOUS RICH, JR.

Criminal No. GLR-23-461

------------------------------------------------------------

PETITION OF TY MORGAN FOR ANCILLARY HEARING UNDER RULE 32.2(c)

------------------------------------------------------------

COMES NOW the Petitioner, Ty Morgan, and respectfully submits this Petition for an Ancillary Hearing pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure. In support of this Petition, Petitioner states as follows:

1. Petitioner is a resident of Frostburg, Maryland, residing at 11416 Kemp Dr NW, Frostburg, MD 21532.

2. Petitioner is the lawful owner of the following property that has been forfeited in the above-captioned criminal case:

  - A .45 Auto Glock 21 pistol, serial number FNE015 (Asset ID No. 23-ATF-0403860).

3. Petitioner acquired and possessed this firearm lawfully and had no knowledge or involvement in the criminal activity for which the Defendant, Demetrious Rich, Jr., was convicted.

4. The firearm was not obtained through or used in any illegal activity by Petitioner and was wrongfully seized.

5. Petitioner asserts a legal ownership interest in the property that is superior to any interest of the Defendant or the United States.

WHEREFORE, Petitioner respectfully requests that this Court:

a. Grant this Petition and schedule an ancillary hearing to determine Petitioner's legal interest in the property; and

b. Order the return of the above-described property to Petitioner.

Respectfully submitted,

Ty Morgan

11416 Kemp Dr NW

Frostburg, MD 21532

Phone: (443) 826-2184

Email: pinklady84@gmail.com


Date: ___6/17/25___