Ty Morgan
11416 Ihemp Dr NW
Frostburg, MD 21532

BALTIMORE MD 212

20 JUN 2025 PM 2 L



Clerk of Court
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201
Case # GLR-23-461

21201-269699

_____FILED    _____ENTERED
_____LODGED    _____RECEIVED

JUN 2 3 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY